■ MARTIN MAHONEY, Respondent, v LEXUS 32ND PARKING CORP. et al., Appellants. [672 NYS2d 721] —Order, Supreme Court, New York County (Paula Omansky, J.), entered on or about December 11, 1997, affirmed for the reasons stated by Omansky, J., without costs or disbursements; and order, same court (Joan Madden, J.), entered January 28, 1998, affirmed for the reasons stated by Madden, J., without costs or disbursements. No opinion. Concur—Milonas, J. P., Wallach, Tom, Mazzarelli and Saxe, JJ.